718

RALPH WEBBER ET AL. *v.* TOWN OF MONROE ET AL.

It appearing that the parties in the above-entitled case have failed to pursue their appeal and cross-appeal from the Superior Court in Fairfield County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the defendants' appeal and the plaintiffs' cross-appeal be and hereby are dismissed.

No appearance for either party.

Decided March 1, 1977

JOHN SHENUSKI *v.* SAM F. NAPLES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Edward T. Dodd, Jr.,* in support of the petition.
*Mark McGuire,* in opposition.

Submitted February 9—decided March 1, 1977

JOHN SHENUSKI *v.* JAMES J. PENNA, EXECUTOR
(ESTATE OF DEZIA PENNA)

The plaintiff's petition for certification for appeal from the Appellate Session of the Superior Court is denied.